IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-CV-01965

**CARA FUNK**,

Plaintiff,

v.

**BADGER COAST, LLC,**

Defendant.

_____

## NOTICE OF SETTLEMENT
_____

The Defendant, through it's attorneys, submits the above captioned pleading.

1. By mutual agreement the parties have settled the subject case. Each party is to pay their own attorney fees and costs.

2. The parties anticipate filing a Stipulated Motion to Dismiss within the next thirty (30) days.

Respectfully submitted this 1st day of September 2022.

                                              WINSTON LAW FIRM, P.C.
                                              *Duly signed original on file at Winston Law Firm, P.C.*

                                              /s/ Joseph R. Winston, Esq.
                                              Joseph R. Winston, Esq., #20508

2

**CERTIFICIATE OF SERVICE**

      I hereby certify that on September 1, 2022, a true and correct copy of the foregoing **Notice of Settlement w**as filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Bruce Tharpe, Esq.            *Email: rbtharpe@aol.com*
Law Office of R. Bruce Tharpe, PLLC
P.O. Box 101
Olmito, TX 78575

*Duly signed original on file at the Winston Law Firm, PC*

*/s/Dena J. Huisenga*