IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01965-CNS-MEH

CARA FUNK,

    Plaintiff,

v.

BADGER COAST, LLC,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the Parties' "Joint Stipulation for Dismissal With Prejudice" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed September 23, 2022; ECF 13]. Rule 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Therefore, this case was **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs, upon the filing of the Stipulation. No order of dismissal is necessary. The Clerk of Court shall close this case.

    Dated and entered at Denver, Colorado, this 26th day of September, 2022.

                                                      BY THE COURT:

                                                      Michael E. Hegarty
                                                      United States Magistrate Judge